AO 91 (Rev. 11/11)  Criminal Complaint

AUSA:      Frances Carlson             Telephone: (313) 226-9100
Inspector: Nicholas Olesen, USPIS      Telephone: (313) 226-8206

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

**RUSSELL VALLEAU**

Case No.  Case: 2:24−mj−30418
Assigned To : Unassigned
Assign. Date : 10/1/2024
Description: CMP USA V. VALLEAU (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 26, 2024,__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a) | Forcibly assaulting, opposing, intimidating, and interfering with a federal employee while engaged in official duties. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☐ Continued on the attached sheet.

_____
Complainant's signature

Nicholas B. Olesen, United States Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __October 1, 2024__

_____
Judge's signature

City and state: __Detroit, MI__

Kimberly G. Altman, United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Nicholas B. Olesen, being duly sworn, depose and state the following:

## INTRODUCTION

1. I am a United States Postal Inspector and have been employed as such for approximately twenty-two years. As a United States Postal Inspector, I have received training concerning investigations involving violations of federal law, including cases related to mail fraud, mail theft, the mailing of illicit narcotics, as well as assaults and robberies of postal employees. The facts set forth below are based upon my own personal knowledge, as well as information obtained from witnesses, documents, photographs, other law enforcement personnel, and other evidence. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe establish a violation of federal law.

## PROBABLE CAUSE

2. On September 26, 2024, a United States Postal Service (USPS) letter carrier, Adult Victim One (AV-1), was in Farmington Hills, Michigan, as part of her

official duties delivering mail. At approximately 5:00 p.m., a postal customer approached AV-1 and pulled a knife on her. AV-1 called the police.

3.      Local law enforcement responded to the scene and spoke with AV-1. AV-1 said:

>   a.  While she was in her mail truck on Rockwell Street in Farmington Hills, Michigan, she was approached by an older white male on a bicycle. The man was wearing a green shirt.
>
>   b.  The man yelled profanities at her, stating: "Black bitch, suck my dick." The man was upset about receiving mail regarding presidential candidate Kamala Harris. The man told AV-1 he did not want that "black bitch in my mailbox."
>
>   c.  AV-1 told the man to back away from her vehicle. As she began to roll her window up, the man produced a knife and made a motion towards AV-1.
>
>   d.  In fear for her life, AV-1 used her USPS-issued pepper spray on the man. The man fled on his bike northbound.

4.      Local law enforcement canvassed the area and found RUSSELL VALLEAU lying facedown on a nearby lawn. VALLEAU had a bicycle and was wearing a green shirt. He appeared to be intoxicated. He also had an orange substance on his face and was having trouble opening his eyes. Law enforcement arrested

- 3 -

VALLEAU and transported him to the police station. A knife was not recovered from VALLEAU.

5. Local law enforcement spoke with a resident of the neighborhood, Witness One (W-1). W-1 said that he heard yelling coming from AV-1 and VALLEAU. W-1 said that after he heard yelling, he saw VALLEAU walking north on Rockwell. W-1 showed law enforcement video footage from his house; in the video, AV-1 travels south on Rockwell in her mail truck. VALLEAU rides his bicycle north past AV-1. When VALLEAU passes AV-1, he turns around to meet her in her truck.

6. On September 27, 2024, Postal Inspectors responded to the Farmington Hills Police Department and spoke with VALLEAU after advising him of his *Miranda* rights. VALLEAU stated, "I didn't put my hands on that woman. She maced me. I got arrested." VALLEAU further said that he wanted to ask the woman something, and that she "maced" him in the face. When postal inspectors asked VALLEAU what he wanted to ask AV-1, he said he could not remember.

7. Also, on September 27, 2024, Postal Inspectors and FHPD personnel canvassed the area where the assault took place but were unsuccessful in locating the knife. These canvassing efforts led to the identification of an additional eyewitness, Witness Two (W-2). W-2 stated:

- 4 -

    a. She was outside her residence when she observed VALLEAU approach the mail truck on his bicycle and scream profanities and racist comments at AV-1.

    b. Next, W-2 thought she saw VALLEAU reach into his left pocket and then reach through the mail truck's window. W-2 then heard AV-1 tell VALLEAU to get away from her vehicle. W-2 also thought that AV-1 sprayed VALLEAU with some substance because she heard VALLEAU yell, "Ow, my eyes!" W-2 then saw VALLEAU stumble away and fall into a ditch.

8. On September 27, 2024, I spoke with AV-1. AV-1 provided additional information:

    a. On September 26, 2024, at approximately 5:00pm, she was delivering mail on Rockwell when she noticed VALLEAU at the corner of Rockwell and Independence. He was wearing a green t-shirt and riding in circles on a bicycle. VALLEAU then rode northbound and, upon reaching the back of AV-1's mail truck, made a U-turn and pulled up and stopped at the passenger's side of the mail truck.

    b. AV-1 pressed the button to lower her passenger side window. She had hoped to open the window just slightly, but it rolled all the way

    down. VALLEAU, whom she recognized as a customer on her route, stated, "I'm tired of getting this black, nasty bitch mail." AV-1 was unsure what he meant by this statement.

  c. AV-1 told VALLEAU to leave the mail he did not want in his mailbox, and she would retrieve it. VALLEAU repeated, "I don't want this black bitch mail. Stop delivering it. Do your fuckin' job." AV-1 replied, "Don't talk to me like that. Get away from my vehicle. Sir, step back." VALLEAU responded, "Fuck you, black bitch. Suck my dick, you black bitch." AV-1, who was upset at this point, said to the suspect, "Shut up" or "Fuck you." As she began to roll her window up, VALLEAU's right hand came out from under the handlebar of his bicycle with a knife in it.

  d. AV-1 described the knife as having a straight, silver blade, which was three or four inches long, with a handle of an unknown color; she was unsure if it was a pocketknife or a kitchen knife. According to AV-1, it appeared as though the suspect was going to throw the knife at her because he pulled it back the way someone would to throw an object. She put her head down, grabbed her mace, and sprayed the suspect in the face. The knife did not make it inside the cabin of the mail truck.

  e. VALLEAU then rode away on his bicycle, headed back northbound.

  f. AV-1 drove her truck to the corner of Rockwell and Independence, rolled her windows up, and called 911. While on the phone, AV-1 saw VALLEAU in her rearview mirror. He was in between two houses on Rockwell, "messing with their garbage cans." She also saw him appear to walk toward the backyards of those residences. He then returned to the area near Rockwell and lay down in a yard; the police arrived shortly thereafter. AV-1 then drove back north in her mail truck to meet the police.

  g. When asked if VALLEAU seemed under the influence of drugs or alcohol, AV-1 said she was unsure. When asked if she saw him again if she would recognize him, AV-1 said yes. When asked, on a scale from 0-100, how sure she was that the object in the suspect's hand was a knife, AV-1 said she was 100% sure it was a knife.

9. Based upon the above facts, there is probable cause to believe that RUSSELL VALLEAU violated 18 U.S.C. § 111(a) by forcibly assaulting, opposing, intimidating, and interfering with a federal employee while engaged in or on account of the performance of official duties, and that he used a dangerous and deadly weapon to do so.

10. Based upon the above facts, there is also probable cause to believe that RUSSELL VALLEAU intentionally targeted victim AV-1, who is Black, because of her actual or perceived race or color, in violation of 18 U.S.C. § 111(a); U.S.S.G. § 3A1.1.

_____
Nicholas B. Olesen
U.S. Postal Inspector

Sworn to before me and signed in my presence
and/or by reliable electronic means.
_____
Kimberly G. Altman
U.S. Magistrate Judge

Dated: October 1, 2024